01/19/2010 15:22 FAX          KIRKLAND&ELLIS.LLP          ☑004/004

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-19-10
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK

| | |
|---|---|
| DAWSON CASHMERE LLC, | Case No.: 09-CV-4132 (PKC) |
| Plaintiff, | |
| v. | [~~Proposed~~] Amended Civil Case Management Plan and Scheduling Order |
| FORTE FORTE S.R.L. and LUDIVINE, LLC, | |
| Defendants. | |

The Civil Case Management Plan and Scheduling Order dated July 28, 2009 shall be amended as follows:

1. Fact discovery will be completed by <u>March 29, 2010</u>.

2. Written requests for a promotion conference seeking permission to move for summary judgment shall be due within 14 days of March 29, 2010, or <u>April 12, 2010</u>.

3. Expert discovery will be completed by <u>May 28, 2010</u>.

4. The parties will meet and confer on a schedule for expert disclosures no later than <u>February 26, 2010</u>.

5. Final pre-trial submissions shall be due on <u>June 28, 2010</u>.

6. The next Case Management Conference is ~~set~~ *adjourned from* for <u>March 6, 2010</u> *and set for* **April 2** *at* **3:00 pm**.

The remaining dates and all other rules and requirements set forth in the original Case Management Plan and Scheduling Order dated July 28, 2009 are unaffected by this amendment.

So ordered:

Dated: 1-19-10        By: _____
                          P. Kevin Castel (U.S.D.C Judge)